IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: CAMERSON CHRISP, | ) | 8:15CV219 |
| | ) | |
| | ) | MEMORANDUM AND ORDER |
| _____ | ) | |

This matter is before the Court on its own motion. Petitioner filed a Petition for Writ of Habeas Corpus (Filing No. 1) under 28 U.S.C. § 2241 on June 15, 2015. However, this matter will not proceed further until petitioner cures the two deficiencies discussed below.

First, petitioner failed to include the $5.00 filing fee. Petitioner has the choice of either submitting the $5.00 fee to the clerk's office or submitting a request to proceed in forma pauperis. If petitioner chooses to do the latter, the enclosed pauper's forms should be completed and returned to this Court.

Second, petitioner failed to name a respondent. Petitioner must file an amended petition for writ of habeas corpus in which he names the officer who has custody over him. The Court will direct the clerk of the court to send to petitioner the AO 242 Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

IT IS ORDERED:

1. Petitioner is directed to submit the $5.00 fee to the clerk of the court or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The clerk of the court is directed to send to petitioner the Form AO240 Application to Proceed Without Prepayment of Fees and Affidavit.

3. Petitioner is directed to file an amended petition for writ of habeas corpus in which he names a proper respondent within 30 days. Failure to do so will result in dismissal of this matter without further notice.

4. The clerk of the court is directed to send to petitioner the Form AO242 Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.

5. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: July 20, 2015: Check for MIFP or payment and amended petition.

DATED this 16th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.