```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA

IN RE: CAMERON CHRISP,         )            8:15CV219
                               )
                               )        MEMORANDUM OPINION
_____)
```

On June 16, 2015, the Court ordered petitioner to pay the $5.00 filing fee or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, petitioner has not paid the fee, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

This matter will be dismissed without prejudice because petitioner failed to prosecute it diligently and failed to comply with this Court's order. A separate judgment will be entered in accordance with this memorandum opinion.

DATED this 4th day of August, 2015.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court